IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**ESTATE OF MICHAEL COOPER**

      **Plaintiff,**

**v.**                                            **CV 07-PT-779-M**

**RICHARD LEE MOTTINGLY,**
**et al**

      **Defendants.**

## ORDER OF DISMISSAL

The court having been advised by counsel that the above-styled cause has been settled, it is

**ADJUDGED** that this cause is hereby **DISMISSED** without prejudice to the right of any party to reopen the action within 30 days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE** an**d ORDERED** this 4th day of August, 2008.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**